IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> 2141 Lake Street Apt. #16, <br> Bakersfield, CA 93305; <br><br> Blue Toyota Tercel <br> (CA License Plate 6SVC247) | ) CASE NO.  5:12-SW-00020-JLT <br> ) <br> ) ORDER TO UNSEAL SEARCH WARRANT AND <br> ) AFFIDAVIT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The search warrant and affidavit in support of the search warrant, having been sealed by this Court on April 12, 2012, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

IT IS SO ORDERED.

Dated:   **August 1, 2012**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE

1